# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151078

KEVIN SCOTT VARNER,

      Plaintiff,

v                                         SC: 151078

                                              AGC: 1883-14

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.
_____

      On order of the Chief Justice, plaintiff having failed to acknowledge responsibility for the filing fee as required by the order of February 24, 2015, the Clerk of the Court is hereby directed to close this file.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2015



                              Clerk

jam